IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and as next of friend to Lacey Knudson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODNEY LAYFIELD, and DELAWARE STATE POLICE, )<br>)<br>Defendants. ) | Civil Action No. 04-366-KAJ |

## ORDER

At Wilmington this **5th** day of **April, 2005**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **April 29, 2005 at 4:30 p.m.** is hereby rescheduled to **May 17, 2005 at 4:30 p.m.**

Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE