## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and : | |
| As next of friend to LACEY KNUTSEN : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No.: 04-366-KAJ |
| : | |
| GARY LAYFIELD AND DELAWARE : | JURY TRIAL OF SIX |
| STATE POLICE, : | DEMANDED |
| Defendants. : | |

### NOTICE OF DEPOSITION

To:  W. Michael Tupman, Esquire
     Department of Justice
     Kent County
     102 West Water Street
     Dover, Delaware  19904

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Sgt. Gary Layfield on May 20, 2005 at 1:00 p.m., in the Law Office of Edward C. Gill, P.A., located at 16 North Bedford Street, Georgetown, Delaware  19947 (854-5400).

                                        LAW OFFICE OF
                                        EDWARD C. GILL, P.A.


                                        /s/ Edward C. Gill
DATED:                                  Edward C. Gill, Esquire
                                        Delaware Bar I.D. 2112
                                        16 North Bedford Street
                                        PO Box 824
                                        Georgetown, DE 19947
                                        ed@de-law.com
                                        (302) 854-5400