## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and | : |
| As next of friend to LACEY KNUTSEN | : |
| Plaintiffs, | : |
| | |
| v. | :   C.A. No.: 04-366-KAJ |
| | |
| GARY LAYFIELD AND DELAWARE | :   JURY TRIAL OF SIX |
| STATE POLICE, | :   DEMANDED |
| Defendants. | : |

## RE-NOTICE OF DEPOSITION

To: **W. Michael Tupman, Esquire**
**Department of Justice**
**Kent County**
**102 West Water Street**
**Dover, Delaware  19904**

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Sgt. Gary Layfield on June 24, 2005 at 1:00 p.m., in the Law Office of Edward C. Gill, P.A., located at 16 North Bedford Street, Georgetown, Delaware  19947 (854-5400).

LAW OFFICE OF
EDWARD C. GILL, P.A.

/s/ Edward C. Gill
DATED:                                      Edward C. Gill, Esquire
Delaware Bar I.D. 2112
16 North Bedford Street
PO Box 824
Georgetown, DE 19947
ed@de-law.com
(302) 854-5400