I **IN THE U.S. DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIAN NEEFE, individually and | : | |
| As next of friend to LACEY KNUTSEN | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No.: 04-366-KAJ |
| | : | |
| GARY LAYFIELD AND DELAWARE | : | JURY TRIAL OF SIX |
| STATE POLICE, | : | DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S INITIAL DISCLOSURE**
**PURSUANT TO FED.R.CIV.P.26(a)(1)**

Plaintiff, Brain Neefe, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, provides the following as her initial disclosures in the above-captioned case.

A. **Individuals Likely to Have Discoverable Information**

The following individuals, who may be contacted through counsel for the Plaintiff may have discoverable information in support of our claim.

    A.    (1) Plaintiff

          (2) Linda Knutsen, Plaintiff's girlfriend

          (3) Rodney Layfield

          (4) Personnel from Delaware State Police

          (5) Individuals at the Road House , names to be supplemented.

B. **Documents, Data, Compilation, and Tangible Things in the Custody or Control of the Plaintiff.**

  None

C. **Computation of Damages:**

  Punitive Damages       $50,000.00

  Compensatory Damages   $50,000.00

D. **Insurance/Indemnity Information**

  None.

  Plaintiff acknowledges and recognizes her continuing obligation to turn over discoverable material.

                                LAW OFFICE OF
                                EDWARD C. GILL, P.A.


                                 /s/_____
                                Edward C. Gill, Esquire
                                Bar ID No..: 2112
                                16 North Bedford Street
                                P.O. Box 824
                                Georgetown, Delaware 19947
                                302-854-5400
                                ed@de-law.com

Dated: