IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, Individually and as next friend to Lacey Knudson, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-366-KAJ |
| | : |
| RODNEY LAYFIELD, and DELAWARE STATE POLICE, | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **24th** day of **June, 2005**.

IT IS ORDERED that counsel and the parties are to keep open the dates of Monday, September 19, 2005 and Monday, October 24, 2005 for mediation. The Court shall advise counsel on Thursday, August 25, 2005, whether the September 19, 2005 date is available.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE