IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN NEEFE, individually and<br>as next of friend to LACEY KNUDSEN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | Civil Action No. 04-366-KAJ |
| CORPORAL RODNEY LAYFIELD and<br>DELAWARE STATE POLICE, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants' counsel will take the deposition of the plaintiff on Friday, May 20, 2005 starting at 1:00 p.m. at the Law Office of Edward C. Gill, P.A., 16 North Bedford Street, Georgetown, DE 19947.

/s/ W. Michael Tupman
W. Michael Tupman
Deputy Attorney General
Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904
(302) 739-7641
Attorney for Defendants

DATED:  April 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2005 I caused to be served by first-class mail, postage prepaid, two copies of the foregoing Notice of Deposition to:

> Edward C. Gill, Esquire
> 16 North Bedford Street
> Georgetown, DE 19947
> Attorney for Plaintiffs

>                           s/s W. Michael Tupman
>                           W. Michael Tupman

I:\TUPMAN\FILES\neefe.notice.dep.wpd