IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and | : |
| As next of friend to LACEY KNUTSEN | : |
|     Plaintiffs, | : |
| | |
| v. | :    C.A. No.: 04-366-KAJ |
| | |
| GARY LAYFIELD AND DELAWARE | :    JURY TRIAL OF SIX |
| STATE POLICE, | :    DEMANDED |
|     Defendants. | : |

### NOTICE OF DEPOSITION

To:   W. Michael Tupman, Esquire
       Department of Justice
       Kent County
       102 West Water Street
       Dover, Delaware 19904

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Colby Cox on July 19, 2005 at 1:00 p.m.; the deposition of Eric Ruther on July 19, 2005 at 1:30 p.m.; the deposition of John McColgan on July 19, 2005 at 2:00 p.m.; and the deposition of Officer Skinner on July 19, 2005 at 2:30 p.m., in the Law Office of Edward C. Gill, P.A., located at 16 North Bedford Street, Georgetown, Delaware 19947 (854-5400).

                                     LAW OFFICE OF
                                     EDWARD C. GILL, P.A.

                                     /s/ Edward C. Gill
DATED: July 12, 2005              Edward C. Gill, Esquire
                                     Delaware Bar I.D. 2112
                                     16 North Bedford Street
                                     PO Box 824
                                     Georgetown, DE 19947
                                     ed@de-law.com

(302) 854-5400
## AFFIDAVIT OF MAILING

STATE OF DELAWARE   *

COUNTY OF SUSSEX    *

BE IT REMEMBERED that on this 12th day of July, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Judy Maddox, Secretary for the law firm of Edward C. Gill, P.A., and being duly sworn according to law deposes and says that she forwarded a copy of:  **NOTICE OF DEPOSITION**

To:  **W. Michael Tupman, Esquire**
     **Department of Justice**
     **Kent County**
     **102 West Water Street**
     **Dover, Delaware  19904**

     Shirley Morris
     Court Reporter
     4 Waterwheel Circle
     Dover, Delaware  19901

by United States Mail with postage prepaid.

                                                        _/s/Judy Maddox
                                                          Secretary

SWORN TO and SUBSCRIBED before me the day and year aforesaid.

                                                          _____
                                                          Notary Public