IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and | : |
| As next of friend to LACEY KNUTSEN | : |
|       Plaintiffs, | : |
| | |
| v. | :    C.A. No.: 04-366-KAJ |
| | |
| GARY LAYFIELD AND DELAWARE | :    JURY TRIAL OF SIX |
| STATE POLICE, | :    DEMANDED |
|       Defendants. | : |

## RE-NOTICE OF DEPOSITION

To:  W. Michael Tupman, Esquire
      Department of Justice
      Kent County
      102 West Water Street
      Dover, Delaware  19904

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of Colby Cox, Eric Ruther, John McColgan and Officer Skinner on July 18, 2005 beginning at 1:30 p.m, in the Law Office of Edward C. Gill, P.A., located at 16 North Bedford Street, Georgetown, Delaware  19947 (854-5400).

                                                  LAW OFFICE OF
                                                  EDWARD C. GILL, P.A.

                                                  /s/ Edward C. Gill
DATED: July 12, 2005                          Edward C. Gill, Esquire
                                                  Delaware Bar I.D. 2112
                                                  16 North Bedford Street
                                                  PO Box 824
                                                  Georgetown, DE 19947
                                                  ed@de-law.com
                                                  (302) 854-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2005, I caused to be served by electronic filing, and by first-class mail, postage prepaid, two hard copies of the foregoing Re-Notice of Deposition to:

W. Michael Tupman, Esquire
Department of Justice
Kent County
102 West Water Street
Dover, Delaware  19904


Shirley Morris
Court Reporter
4 Waterwheel Circle
Dover, Delaware  19901


by United States Mail with postage prepaid.

                                                  _/s/Edward C. Gill
                                                  Edward C. Gill