**IN THE FEDERAL DISTRICT COURT FOR**

**THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIAN NEEFE, individually and as next of friend to LACEY KNUTSEN, | : | JURY TRIAL DEMANDED |
| Plaintiffs, | | |
| v. | : | |
| GARY LAYFIELD AND DELAWARE STATE POLICE, | : | |
| Defendants. | : | |

### MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

NOW COME the Plaintiffs, by and through their attorney, and respectfully represent:

1. That this case involves a civil rights complaint in which trial is scheduled on November 29, 2005.

2. That defendants filed a Motion for Summary Judgment with accompanying brief on August 22, 2005.

3. That plaintiffs counsel was on vacation outside the State of Delaware and did not return to his office until September 6, 2005 and thus had no notification of the motion until that date.

4. That a Mediation Conference is scheduled before the Honorable Mary Pat Thynge on September 19, 2005.

5. That due to plaintiffs counsel's schedule, which includes catching up with the work necessary after coming back from a two week vacation plaintiff requests an extension of time until September 23, 2005 to file the

Answering Brief in Opposition to the Motion for Summary Judgment.

    6.  That the position of Michael Tupman, Esquire, attorney for the defendants with regards to this request is that he does object.

    WHEREFORE, Plaintiff respectfully prays for an extension of time until September 23, 2005, to file the Answering Brief in Opposition to defendants Motion for Summary Judgment.

                                        LAW OFFICE OF
                                        EDWARD C. GILL, P.A.

                                        _/s/Edward C. Gll_____
                                        Edward C. Gill, Esquire
                                        Attorney for Plaintiff
                                        Bar No. 2112
                                        16 North Bedford Street
                                        P.O. Box 824
Dated:                                Georgetown, DE  19947
                                        (302) 854-5400
                                        ed@de-law.com

**IN THE FEDERAL DISTRICT COURT FOR**

**THE DISTRICT OF DELAWARE**

```
BRIAN NEEFE, individually and      :   JURY TRIAL
as next of friend to LACEY KNUTSEN,:   DEMANDED

     Plaintiffs,

          v.                       :

GARY LAYFIELD AND DELAWARE
STATE POLICE,                      :

     Defendants.                   :
```

**ORDER**

After having carefully considered plaintiffs Motion for Extension of Time to File Answering Brief, IT IS HEREBY ORDERED that plaintiff is hereby afforded until September 23, 2005 to file an Answering Brief in Opposition to defendants Motion for Summary Judgment.

_____
**JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2005, I caused to be served by electronic filing, and by first-class mail, postage prepaid, two hard copies of the foregoing Motion for Extension of Time to File Answering Brief in Opposition to Defendants Motion for Summary Judgment:

    W. Michael Tupman, Esquire
    Department of Justice
    Kent County
    102 West Water Street
    Dover, Delaware  19904


by United States Mail with postage prepaid.

                                                            _/s/Edward C. Gill_
                                                            Edward C. Gill