IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and as next of friend to Lacey Knudson,<br><br>          Plaintiff,<br><br>v.<br><br>RODNEY LAYFIELD, and DELAWARE STATE POLICE,<br><br>          Defendants. | Civil Action No. 04-366-KAJ |

### AMENDED SCHEDULING ORDER

At Wilmington this 11th day of October, 2005,

IT IS ORDERED that the court's May 18, 2005 Scheduling Order (D.I. 20), is hereby amended as follows:

1.     <u>Pretrial Conference</u>. On November 16, 2005, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 9:30 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before October 17, 2005.

All other deadlines as set forth in the Court's May 18, 2005 Scheduling Order (D.I. 20) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE