IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN NEEFE, individually and as next of friend to Lacey Knudson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RODNEY LAYFIELD, and DELAWARE STATE POLICE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-366-KAJ<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (D.I. 33) is GRANTED.

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

November 7, 2005
Wilmington, Delaware